USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID WEBSTER, ANNA SHIN, and ANDREW BERGH, on behalf of themselves and all others similarly situated,

    Plaintiffs,

-against-

SMITHFIELD ASSOCIATES LLC d/b/a PASTIS RESTAURANT, WINDY GATES, SOHO, INC., d/b/a BALTHAZAR RESTAURANT, and KEITH MCNALLY,

    Defendants.

Index No.: 08 CV 0166 (LTS)

**STIPULATION TO EXTEND THE DEADLINE TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs David Webster, Anna Shin, and Andrew Bergh ("Plaintiffs") and Defendants Smithfield Associates LLC d/b/a Pastis Restaurant, Windy Gates, Soho, Inc. d/b/a Balthazar Restaurant, and Keith McNally ("Defendants"), that the deadline for Defendants to answer, move or otherwise respond to Plaintiffs' First Amended Complaint shall be extended to and including March 14, 2008, and that the undersigned counsel for Defendants is authorized to accept service on behalf of Defendants.

| | |
|---|---|
| JOSEPH & HERZFELD LLP<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br><br>By: _____<br>D. Maimon Kirschenbaum (DK-2336)<br><br>ATTORNEYS FOR PLAINTIFFS<br><br>Dated: January ___, 2008 | JACKSON LEWIS LLP<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038-4502<br>(212) 545-4000<br><br>By: _____<br>Felice B. Ekelman (FE 5692)<br>Liane Chinwalla (LC 5708)<br><br>ATTORNEYS FOR DEFENDANTS<br><br>Dated: January 25, 2008 |

It is SO ORDERED
This 30 day of January, 2008

_____
Laura Taylor Swain, U.S.D.J.

2