**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAVID WEBSTER, ANNA SHIN, and ANDREW
BERGH, on behalf of themselves and all others
similarly situated,

Index No.:  08 CV 0166 (LTS)

**NOTICE OF ATTORNEY**
**APPEARANCE**

                                Plaintiffs,

                    -against-

SMITHFIELD ASSOCIATES LLC d/b/a PASTIS
RESTAURANT, WINDY GATES, SOHO, INC.,
d/b/a BALTHAZAR RESTAURANT, and KEITH
MCNALLY,

                                Defendants.

PLEASE TAKE NOTICE that Felice Ekelman, Esq. of Jackson Lewis LLP hereby appears in

connection with the above-referenced action on behalf of Defendants Smithfield Associates

LLC, Windy Gates, Soho, Inc., and Keith McNally.

                            Respectfully submitted,

                            JACKSON LEWIS LLP

                            59 Maiden Lane, 39th Floor

                            New York, New York 10038-4502

                            (212) 545-4000

Dated: February 27, 2008

    New York, New York                By: _____

                            Felice Ekelman (FE 5692)