## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

    I am an employee currently or formerly employed by SMITHFIELD ASSOCIATES LLC d/b/a PASTIS RESTAURANT, WINDY GATES, SOHO, INC., d/b/a BALTHAZAR RESTAURANT, and/or KEITH MCNALLY and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

SHAWN T. BUCHAHAN
_____
Full Legal Name (Print)

*[signature]*
_____
Signature

Wednesday, April 30th 2008
_____
Date