UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DAVID WEBSTER, ANNA SHIN, and
ANDREW BERGH, on behalf of themselves      CASE NO: 08cv0166 (LTS)
and all others similarly situated,

          Plaintiffs,       **APPEARANCE**

    v.

SMITHFIELD ASSOCIATES LLC d/b/a
PASTIS RESTAURANT, WINDY GATES,
SOHO, INC. d/b/a BALTHAZAR
RESTAURANT, and KEITH MCNALLY,

          Defendants.
-----------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs Webster, *et al.*

    I certify that I am admitted to practice in this court.

Dated: New York, New York                Respectfully submitted,
       May 12, 2008

                                                       /s/ Michael D. Palmer
                                                       Michael D. Palmer (MP-5090)
                                                       JOSEPH & HERZFELD LLP
                                                       757 Third Avenue, 25th Floor
                                                       New York, New York 10017
                                                       Tel: (212) 688-5640
                                                       Fax: (212) 688-2548
                                                       mpalmer@jhllp.com