IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID WEBSTER, ANNA SHIN, and ANDREW BERGH, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   -against-<br><br>SMITHFIELD ASSOCIATES LLC d/b/a PASTIS RESAURANT, WINDY GATES, SOHO, INC. d/b/a BALTHAZAR RESTAURANT, and KEITH MCNALLY,<br><br>        Defendants.<br>-------------------------------------------------------------- | Index No.: 08 CV 0166 (LTS) |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that upon the accompanying Motion together with the Settlement Agreement and all agreements attached thereto, the undersigned will and hereby do move this Court before the Honorable Laura T. Swain, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court or as soon thereafter as counsel may be heard for an order preliminarily approving the class action settlement agreement and notice to the class.

Dated: September 3, 2008
    New York, New York

                     JOSEPH & HERZFELD LLP

                     /s/ D. Maimon Kirschenbaum____
                     By: D. Maimon Kirschenbaum (DK-2338)

Charles E. Joseph (CJ-9442)

757 Third Avenue, 25th Floor
New York, New York 10017
(212) 688-5640
(212) 688-2548 (fax)