UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID Z. WEBSTER, et al.,

                    Plaintiffs,

    -against-                    No. 08 Civ. 166 (LTS)(KNF)

SMITHFIELD ASSOCIATES, LLC,

                    Defendant.

## ORDER

A conference will be held in the above-captioned case on Friday, September 19, 2008, at 10:30 a.m. Counsel are requested to be prepared to discuss the financial reasonableness of the settlement in relation to the non-tip related claims.

SO ORDERED.

Dated: New York, New York
         September 15, 2008

                                      LAURA TAYLOR SWAIN
                                      United States District Judge